### JOHNSON v. THE STATE.

HILL, J.   1. The evidence is amply sufficient to authorize the verdict.

2. The newly discovered evidence is merely cumulative, does not connect the deceased with the transaction, and probably would not change the result were a new trial granted.

*Judgment affirmed. All the Justices concur.*

JUNE 12, 1912.

Indictment for murder.   Before Judge Thomas.   Fulton superior court.   March 4, 1912.

*Thomas B. Brown* and *W. S. Coburn,* for plaintiff in error.

*Thomas S. Felder, attorney-general, Hugh M. Dorsey, solicitor-general,* and *E. A. Stephens,* contra.